5/14/13 1:24PM

B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Southern District of Florida

# Voluntary Petition

| Debtor | Joint Debtor |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Casale Marble Imports, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **65-0532729** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **750 SW 17th Avenue, Delray Beach, FL** ZIP Code **33444** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Casale Marble Imports, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **Southern District of Florida** | Case Number: **08-19689-BKC-PGH** | Date Filed: **7/14/08** |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

**X** ______________________________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________________

(Name of landlord that obtained judgment)

______________________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Casale Marble Imports, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ______________________________
Signature of Debtor

X ______________________________
Signature of Joint Debtor

______________________________
Telephone Number (If not represented by attorney)

______________________________
Date

### Signature of Attorney*

X **/s/ Brett A. Elam**
Signature of Attorney for Debtor(s)

**Brett A. Elam 576808**
Printed Name of Attorney for Debtor(s)

**The Law Offices of Brett A. Elam, P.A.**
Firm Name

**105 South Narcissus**
**Suite 802**
**West Palm Beach, FL 33401**

Address

**Email: belam@brettelamlaw.com**
**561-833-1113 Fax: 561-833-1115**
Telephone Number

**May 13, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Donato Walter Casale**
Signature of Authorized Individual

**Donato Walter Casale**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 13, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X ______________________________
Signature of Foreign Representative

______________________________
Printed Name of Foreign Representative

______________________________
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

______________________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________________
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________________
Address

X ______________________________

______________________________
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

5/14/13 1:24PM

In re **Casale Marble Imports, Inc.**, Debtor

Case No. ______________________

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Commercial Real Estate Investment Group**<br>**Southern District of Florida** | **Affiliate** | **05/13/13** |
| **Donato Walter Casale**<br>**Southern District of Florida** | **president** | **05/13/13** |
| **Edison & Highland, LLC**<br>**Southern District of Florida** | **Affiliate** | **05/13/13** |
| **Laredo 9070, LLC**<br>**Southern District of Florida** | **Affiliate** | **05/13/13** |
| **Metro and Sivan, LLC**<br>**Southern District of Florida** | **Affiliate** | **05/13/13** |
| **Westside & 45th, LLC**<br>**Southern District of Florida** | **Affiliate** | **05/13/13** |

5/14/13 1:24PM

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Casale Marble Imports, Inc.** Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Andrade Industria E Mineracao<br>Rua Um, S/N CIVIT I<br>Lote 7-29.168-020, Serra - ES<br>Brazil** | **Andrade Industria E Mineracao<br>Rua Um, S/N CIVIT I<br>Brazil** | **Trade Debt** | | **47,470.91** |
| **Andrade S/A Marmores e Granito<br>Rua Um, Quadra Um<br>S/N Civit I-29, 29.168-020<br>Serra ES<br>Brazil** | **Andrade S/A Marmores e Granito<br>Rua Um, Quadra Um<br>S/N Civit I-29, 29.168-020<br>Brazil** | **Trade Debt** | | **127,625.17** |
| **Chariot International Pvt, Ltd<br>#107, Agrahara Town<br>White Field Road<br>White Field<br>Bangalore, India** | **Chariot International Pvt, Ltd<br>#107, Agrahara Town<br>White Field Road<br>Bangalore, India** | **Trade Debt** | | **241,995.99** |
| **Euler Hermes UMA<br>P.O. Box 1672<br>Louisville, KY 40201** | **Euler Hermes UMA<br>P.O. Box 1672<br>Louisville, KY 40201** | **Collection agency** | | **139,031.78** |
| **Exact Software North America<br>1136 Paysphere Circle<br>Chicago, IL 60674** | **Exact Software North America<br>1136 Paysphere Circle<br>Chicago, IL 60674** | **Computer Software** | | **130,727.54** |
| **Jacigua Marmores e Granitos<br>Highway Gumercindo Moura Nunes<br>s/n-Km 8. Santa Road, V.G. Soturo<br>Cachoeiro de Itapem ES 29.310-140<br>Brazil** | **Jacigua Marmores e Granitos<br>Highway Gumercindo Moura Nunes<br>s/n-Km 8. Santa Road, V.G. Soturo<br>Brazil** | **Trade Debt** | | **59,004.70** |
| **Luis Sanchez Diez, S.A.<br>Canpet, 10<br>P.O. Box 57<br>Novelda, Alicante 3660<br>Spain** | **Luis Sanchez Diez, S.A.<br>Canpet, 10<br>P.O. Box 57<br>Spain** | **Trade Debt** | | **45,089.78** |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com 

5/14/13 1:24PM

B4 (Official Form 4) (12/07) - Cont.

In re **Casale Marble Imports, Inc.** Case No. ____________

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Marca Ltda<br>R.Angelo Silverio<br>s/n Aeroporto 29314-140<br>Cachoeiro de Itapemirim<br>Espirit Santo, Brazil** | **Marca Ltda<br>R.Angelo Silverio<br>s/n Aeroporto 29314-140<br>Espirit Santo, Brazil** | **Trade Debt** | | **43,738.63** |
| **Marmocil Ltda.<br>Rua Principal, 50 Porto de Santana<br>Cariacica ES Brasil<br>Cariacica ES 291.51560** | **Marmocil Ltda.<br>Rua Principal, 50 Porto de Santana<br>Cariacica ES 291.51560** | **Trade Debt** | | **85,088.13** |
| **MLP-VC Stone<br>37010 S. Amrogio Valpolicella<br>Verona, IT** | **MLP-VC Stone<br>37010 S. Amrogio Valpolicella<br>Verona, IT** | **Trade Debt** | | **257,312.89** |
| **Parana Granitos<br>Rua Humberto de Campos S/N<br>Jardim Limeiro<br>Serra ES 29164-200<br>Spain** | **Parana Granitos<br>Rua Humberto de Campos S/N<br>Jardim Limeiro<br>Spain** | **Trade Debt** | | **52,640.23** |
| **Pemagran-Pedras<br>Rua Principal, S/N<br>Districto de Gironda<br>Cachoeiro de Itapemi ES 45-0493<br>Brazil** | **Pemagran-Pedras<br>Rua Principal, S/N<br>Districto de Gironda<br>Brazil** | **Trade Debtq** | | **44,163.75** |
| **PNC Bank, NA<br>201 East Pine Street<br>#200<br>Orlando, FL 32801** | **Wendy Nelson<br>PNC Bank, NA<br>201 East Pine Street<br>#200<br>Orlando, FL 32801** | | | **2,810,704.00<br><br>(1,206,927.00 secured)** |
| **PNC Bank, NA<br>201 East Pine Street<br>#200<br>Orlando, FL 32801** | **PNC Bank, NA<br>201 East Pine Street<br>#200<br>Orlando, FL 32801** | **Accounts Receivable<br>Inventory<br>Fixed Assets** | | **1,098,191.00<br>(1,206,927.00 secured)<br>(2,810,704.00 senior lien)** |
| **PNC Bank, NA<br>201 East Pine Street<br>#200<br>Orlando, FL 32801** | **PNC Bank, NA<br>201 East Pine Street<br>#200<br>Orlando, FL 32801** | **Accounts Receivable<br>Inventory<br>Fixed Assets** | | **151,593.88<br>(1,206,927.00 secured)<br>(3,908,895.00 senior lien)** |
| **Savino Del Bene (Florida)<br>8815 NW 33rd Street<br>Suite 110<br>Miami, FL 33172** | **Savino Del Bene (Florida)<br>8815 NW 33rd Street<br>Suite 110<br>Miami, FL 33172** | **Trade Debt** | | **204,418.75** |

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com 

5/14/13 1:24PM

B4 (Official Form 4) (12/07) - Cont.

In re **Casale Marble Imports, Inc.** Case No. ____________
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Stocchero Attilio & Co. Srl<br>Vaile dell'industria, 84<br>37020 Volargne<br>Verona, Italy** | **Stocchero Attilio & Co. Srl<br>Vaile dell'industria, 84<br>37020 Volargne<br>Verona, Italy** | **Trade Debt** | | **53,027.44** |
| **Stone Wolrd Direct Exports, Pvt<br>611, c-Block, Opposite Brookefie<br>AECS Layout<br>Bangalore AP India** | **Stone Wolrd Direct Exports, Pvt<br>611, c-Block, Opposite<br>Brookefie<br>Bangalore AP India** | **Trade debt** | | **102,637.00** |
| **Tab India Granites Pvt. Ltd<br>NH 7 Nallaganakothapally Vil<br>Krishnagiri Road Konerapalli<br>PO HOUSER-TAMILNADU<br>India 635117** | **Tab India Granites Pvt. Ltd<br>NH 7 Nallaganakothapally Vil<br>Krishnagiri Road Konerapalli<br>India 635117** | **Trade Debt** | | **125,905.24** |
| **Tracomal Mineracao S.A.<br>Rua M, 209, Jardim Limoeiro<br>Serra, Espirito Santo<br>Serra ES 29.165-902<br>Brazil** | **Tracomal Mineracao S.A.<br>Rua M, 209, Jardim Limoeiro<br>Serra, Espirito Santo<br>Brazil** | **Trade Debt** | | **54,109.94** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 13, 2013** Signature **/s/ Donato Walter Casale**
**Donato Walter Casale**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re **Casale Marble Imports, Inc.**, Debtor

Case No. ______

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 13, 2013**

Signature **/s/ Donato Walter Casale**
**Donato Walter Casale**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

5/14/13 1:24PM

# United States Bankruptcy Court
## Southern District of Florida

In re **Casale Marble Imports, Inc.** Case No. ____
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 13, 2013** **/s/ Donato Walter Casale**
**Donato Walter Casale**/**President**
Signer/Title

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

Andrade Industria E
Mineracao
Rua Um, S/N CIVIT I
Lote 7-29.168-020, Serra - ES
Brazil

Andrade S/A Marmores e Granito
Rua Um, Quadra Um
S/N Civit I-29, 29.168-020
Serra ES
Brazil

Chariot International Pvt, Ltd
#107, Agrahara Town
White Field Road
White Field
Bangalore, India

DMI Imports
2201 North Andrews Avenue Ext
Suite 108
Pompano Beach, FL 33069

Euler Hermes UMA
P.O. Box 1672
Louisville, KY 40201

Exact Software North America
1136 Paysphere Circle
Chicago, IL 60674

Jacigua Marmores e Granitos
Highway Gumercindo Moura Nunes
s/n-Km 8. Santa Road, V.G. Soturo
Cachoeiro de Itapem ES 29.310-140
Brazil

Luis Sanchez Diez, S.A.
Canpet, 10
P.O. Box 57
Novelda, Alicante 3660
Spain

Marca Ltda
R.Angelo Silverio
s/n Aeroporto 29314-140
Cachoeiro de Itapemirim
Espirit Santo, Brazil

Marmocil Ltda.
Rua Principal, 50 Porto de
Santana
Cariacica ES Brasil
Cariacica ES 291.51560

MLP-VC Stone
37010 S. Amrogio Valpolicella
Verona, IT

Oceans/Vereda Mamores
Ave Americo Buaiz, NR 501
sls 705 e 707-Torre Leste
Endeada do Sua, Vitoria ES
Brazil 29.050-420

Parana Granitos
Rua Humberto de Campos S/N
Jardim Limeiro
Serra ES 29164-200
Spain

Pemagran-Pedras
Rua Principal, S/N
Districto de Gironda
Cachoeiro de Itapemi ES 45-0493
Brazil

PNC Bank, NA
201 East Pine Street
#200
Orlando, FL 32801

Savino Del Bene (Florida)
8815 NW 33rd Street
Suite 110
Miami, FL 33172

Stocchero Attilio & Co. Srl
Vaile dell'industria, 84
37020 Volargne
Verona, Italy

Stone Wolrd Direct Exports, Pvt
611, c-Block, Opposite
Brookefie
AECS Layout
Bangalore AP India

Tab India Granites Pvt. Ltd
NH 7 Nallaganakothapally Vil
Krishnagiri Road Konerapalli
PO HOUSER-TAMILNADU
India 635117

Tracomal Mineracao S.A.
Rua M, 209, Jardim Limoeiro
Serra, Espirito Santo
Serra ES 29.165-902
Brazil

VC Stone Import, Inc.
1331 Fairfax Circle, East
Boynton Beach, FL 33436