UNITED STATES BANKRUPTCY COURT
**SOUTHERN** DISTRICT OF **FLORIDA**
**WEST PALM BEACH** DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | **13-21220-BKC-PGH** |
| **CASALE MARBLE IMPORTS, INC.** | } | |
| | } | JUDGE **Paul G. Hyman Jr.** |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM **5/14/2013** TO **5/31/2013**

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Brett Elam
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

**750 S.W. 17th Avenue**
**Delray Beach, Florida 33444**
**(561) 272-7600**

Attorney's Address
and Phone Number:

**Brett A. Elam, P.A.**
**105 South Narcissus Avenue # 802**
**West Palm Beach, FL 33401**
**561-833-1113**

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING MAY 14, 2013 AND ENDING MAY 31, 2013**

Name of Debtor: **CASALE MARBLE IMPORTS, INC.**

Date of Petition: **May 14, 2013**

| | | CURRENT MONTH | | CUMULATIVE PETITION TO DATE | |
|---|---|---|---|---|---|
| **1. FUNDS AT THE BEGINNING OF PERIOD** | | $ 128,515.15 | **(a)** | $ 128,546.31 | **(b)** |
| **2. RECEIPTS:** | | | | | |
| A. Cash Sales | | $ - | | $ - | |
| Minus: Cash Refunds (c/c refund) | (-) | $ - | | $ - | |
| = New Cash Sales | | $ - | | $ - | |
| B. Accounts Receivable *(See MOR-4)* | | $ 102,600.58 | | $ 102,600.58 | |
| C. Other Receipts *(See MOR-3)* | | $ - | | $ - | |
| (If you receive rental income, you must attach a rent roll.) | | | | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | | $ 102,600.58 | | $ 102,600.58 | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | | $ 231,115.73 | | $ 231,146.89 | |
| **5. DISBURSEMENTS** | | | | | |
| A. Advertising | | $ - | | $ - | |
| B. Bank Charges | | $ - | | $ - | |
| C. Contract Labor | | $ 26,537.45 | | $ 26,537.45 | |
| D. Fixed Asset Payments (not incl. in "N") | | $ - | | $ - | |
| E. Insurance | | $ - | | $ - | |
| F. Inventory Payments *(See Attach. 2)* | | $ - | | $ - | |
| G. Leases | | $ - | | $ - | |
| H. Manufacturing Supplies | | $ 31,012.85 | | $ 31,012.85 | |
| I. Office Supplies | | $ 320.87 | | $ 320.87 | |
| J. Payroll - Net *(See Attachment 5B)* | | $ 77,005.59 | | $ 77,005.59 | |
| K. Professional Fees (Accounting & Legal) | | $ - | | $ - | |
| L. Rent | | $ 2,628.03 | | $ 2,628.03 | |
| M. Repairs & Maintenance | | $ 119.85 | | $ 119.85 | |
| N. Secured Creditor Payments *(See Attach. 2)* | | $ 90,331.21 | | $ 90,331.21 | |
| O. Taxes Paid - Payroll *(See Attachment 5C)* | | $ - | | $ - | |
| P. Taxes Pd-Sales & Use *(See Attachment 5D)* | | $ - | | $ - | |
| Q. Taxes Paid - Other *(See Attachment 5D)* | | $ - | | $ - | |
| R. Telephone | | $ - | | $ - | |
| S. Travel & Entertainment | | $ 203.22 | | $ 203.22 | |
| Y. U.S. Trustee Quarterly Fees | | $ - | | $ - | |
| U. Utilities | | $ - | | $ - | |
| V. Vehicle Expenses | | $ 836.79 | | $ 836.79 | |
| W. Other Operating Expenses *(See MOR-3)* | | $ - | | $ - | |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | | $ 228,995.86 | | $ 228,995.86 | |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | | $ 2,119.87 | **(c)** | $ 2,151.03 | **(c)** |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This **19th** day of **June 2013.**

(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | $ - | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | $ - |
| | | $ - |
| | | $ - |
| TOTAL OTHER DISBURSEMENTS | $ - | $ - |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

ATTACHMENT 1

MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: CASALE MARBLE IMPORTS, INC. Case Number: 13-21220-BKC-PGH

Reporting Period beginning May 14, 2013 Period ending May 31, 2013

ACCOUNTS RECEIVABLE AT PETITION DATE:

ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 400,202.01 | (a) |
| PLUS: Current Month New Billings/Orders | $ 221,871.52 | |
| MINUS: Collection During the Month | $ (102,600.58) | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | | * |
| End of Month Balance | $ 519,472.95 | (c) |

* For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

N/A

POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ 255,086.89 | $ 132,285.54 | $ 56,697.75 | $ 75,402.77 | $ 519,472.95 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, dispute account, etc.) |
|---|---|---|
| B&M Building Co. | 4/26/2013 | Received Payment in June 2013 |
| Brang Construction INC. | 5/23/2013 | Collectible |
| BUILD MASTER LC | 5/24/2013 | Collectible |
| Cannatelli Builders | 5/10/2013 | Collectible |
| Centerline Homes -RIVERWALK- | various dates | Received Payment in June 2013 |
| CHARLENE BABYAK | 12/15/2012 | resent statement to customer |
| D.C. CONSTRUCTION | 5/24/2013 | Collectible |
| Direct Buy | 5/10/2013 | Received Payment in June 2013 |
| DURABLE INSTALLATION | 10/31/2012 | resent statement to customer |
| Elizabeth Halvorsen | 2/15/2013 | resent statement to customer |
| HITT Contracting Inc. - USDA | 11/19/2012 | waiting on government funding for project |
| HITT Contracting Inc. - Hogan Lovell | 3/22/2013 | waiting on customers draw to builder |
| HITT Contracting Inc. - Univision | 4/25/2013 | Received Payment in June 2013 |
| Hollywood Design &Construction | 9/9/2011 | To write off in June - $300.00 |
| JEFF MANCINI | 8/21/2012 | Waiting on material to finish job |
| Krobatsch Dugue | 11/30/2012 | resent statement to customer |
| Lang Construction | 4/12/2013 | Builder is waiting on funding from homeowner |
| Marble Crafters, Inc. | 5/21/2013 | Slow paying but collectible |
| Mark Timothy - LEEDS Resd. | various dates | To pay in the first week of July |
| Mark Timothy, Inc. | various dates | Paid some in June, more will be paid the first week of July |
| MINTO COMMUNITIES - CASCADA | various dates | Paid some in June - on going receivable - development |
| Minto Communities (Artesia) | various dates | Paid some in June - on going receivable - development |
| Minto Communities (Olympia) | various dates | Paid some in June - on going receivable - development |
| Minto Communities (Town Park) | various dates | Paid some in June - on going receivable - development |
| Minto Community (Porto Sol) | various dates | Paid some in June - on going receivable - development |
| NMB Custom Homes & Renovations | various dates | A portion to be written off from 2012 - customer claims back-charge |
| P.B. Built | 3/22/2013 | Paid in June |
| Paul Davis Rest. of Broward | 4/19/2013 | resent statement to customer |
| Robelen and Associates | 4/25/2013 | Builder is waiting on funding from homeowner |
| SEASIDE BUILDERS | various dates | Slow paying but collectible |
| Seminole Casino Coconut Creek | 3/29/2013 | Paid in June |
| STUART & SHELBY DEVELOPMENT | 5/17/2013 | Collectible |
| Terence Cudmore Builders | 5/10/2013 | Paid in June |
| Ultimate Kitchen and Bath, Inc | various dates | resent statement to customer |
| Warrior Diamond Tools, LLC | 3/29/2013 | resent statement to customer |
| Woolems, Inc. | 4/16/2013 | Builder is waiting on funding from homeowner |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

## ATTACHMENT 2

## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending **May 31, 2013**

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 5/16/2013 | 4 | AAA Tool & Supply | Manufacturing Materials | $ 993.22 |
| 5/31/2013 | 0 | ABT's | T-Shirts | $ 35.00 |
| 5/31/2013 | 0 | Auto Owner's Insurance | Insurance | $ 2,949.24 |
| 5/26/2013 | 0 | Buffer Marble | Manufacturing Materials | $ 5,000.00 |
| 5/27/2013 | 0 | ATT/Cingular | Cellular Phone Bill | $ 2,183.52 |
| 5/31/2013 | 0 | Comcast | Internet Service | $ 217.87 |
| 5/20/2013 | 10 | Enterprise Fleet Services | Fleet Vehicle payment | $ 1,356.40 |
| 5/26/2013 | 0 | FASB Services | Subcontractor | $ 1,500.00 |
| 5/21/2013 | 0 | Federal Express | Postage and Shipping | $ 25.93 |
| 5/20/2013 | 0 | Florida Power & Light | Utilities | $ 4,254.62 |
| 5/19/2013 | 0 | GE Capital | Blue Print Machine Service | $ 477.00 |
| 5/21/2013 | 0 | Mignano Lawn Service | Building Maintenance | $ 500.00 |
| 5/31/2013 | 0 | Progressive Insurance | Insurance | $ 1,342.05 |
| 5/22/2013 | 0 | Shoreline Flooring | Manufacturing Materials | $ 883.58 |
| 5/16/2013 | 0 | Southern Waste Systems | Utilities - garbage | $ 309.75 |
| 5/23/2013 | 0 | Wood Business Systems | Blue Print Machine Service | $ 278.73 |
| TOTAL AMOUNT | | | | $ 22,306.91 (b) |

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ - | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 82,806.11 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ (60,499.20) | |
| PLUS/MINUS: Adjustments | | * |
| Ending Month Balance | $ 22,306.91 | (c) |

* For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section.

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| PNC Bank, N.A. | 5/14/2013 | $ 90,331.21 | 0 | 0 |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | $ 90,331.21 (d) | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N) and should also match MOR-16 (a)).

ATTACHMENT 3
INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending **May 31, 2013**

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:
INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $ 3,273,868.65 | (a) |
| PLUS: Inventory Purchased During Month | $ 309.80 | |
| MINUS: Inventory Used or Sold | $ (18,855.91) | |
| PLUS/MINUS: Adjustments or Write-downs | | * |
| Inventory on Hand at End of Month | $ 3,255,322.54 | |

METHOD OF COSTING INVENTORY: **Landed Cost**

* For any adjustments or write-downs provide explanation and supporting documentation, if applicable.
Broken slabs or re-makes

## INVENTORY AGING

| | Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory | |
|---|---|---|---|---|---|---|---|
| **Slabs** | 0.00% | 0.00% | 97.00% | 3.00% | = | 100.00% | * |
| **Flooring** | 0.00% | 0.00% | 98.00% | 2.00% | = | 100.00% | * |
| **Tools** | 15.75% | 55.25% | 24.00% | 5.00% | = | 100.00% | * |

* Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** **Slabs** - Left over material from jobs, damaged slabs from distribution or discontinued materials. **Flooring** - Left over material from jobs made in fabrication or left over from lots that are not consistant with other shipments (can not match) or discontinued materials. **Tooling** - Tools/parts that remain from machines we no longer use in fabrication or installation.

## FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: **$ 291,000.00 (b)**
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): **Equipment and Machinery valued at $232,700 (ex. Overhead Cranes, Tooling, Compressors, Comandulli Polishing Machine, Waterjet machine, & Saws) Furniture & Fixtures valued at $15,000 (ex. Computers, Office equipment, Office Furniture, Phone System, Filing Cabinets, Refrigerators) Vehicles valued at $43,300 (ex. Isuzu Trucks, Volvo Tractor Single Axle, Chevrolet Cargo Vans, Chevy Pick-ups)**

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ 432,242.89 | (a) (b) |
| MINUS: Depreciation Expense | $ (6,610.58) | |
| PLUS: New Purchases | | |
| PLUS/MINUS: Adjustments or Write-downs | $ - | * |
| Ending Monthly Balance | $ 425,632.31 | |

* For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DECRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
**N/A**

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A - Debtor in Possession Account

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending **May 31, 2013**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: **TD Bank, N.A.** BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **CASALE MARBLE IMPORTS, INC**

ACCOUNT NUMBER: **4 2 8 0 9 0 5 3 7 9**

PURPOSE OF ACCOUNT: **OPERATING**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 59,660.53 | |
| Plus Total Amount of Outstanding Deposits | $ 1,512.50 | |
| Minus Total Amount of Outstanding Checks & other debits | $ (60,932.13) | * |
| Minus Service Charges (Deposit Item Returned) | | |
| Ending Balance per Check Register | $ 240.90 | * * (a) |

*** Debit cards are used by** Donato Walter Casale

*** * If Closing Balance is negative, provide explanation:** ____________

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4d:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose / Reason for Cash Disbursement |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| $ - | Transferred to Payroll Account |
| $ - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B, 4C, 4D, 4E plus the total of 4F must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A - Debtor In Possession Account**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending **May 31, 2013**

NAME OF BANK: **TD Bank, N.A.** BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **CASALE MARBLE IMPORTS, INC**

ACCOUNT NUMBER: **4 2 8 0 9 0 5 3 7 9**

PURPOSE OF ACCOUNT: **OPERATING**

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 5/31/2013 | 1100 | Dany Flooring | Manufacturing Supplies | $ 4,000.00 |
| 5/31/2013 | 1101 | Serenity Ent. of America | Subcontractor | $ 726.93 |
| 5/31/2013 | 1102 | Allstate Flooring Consultants | Subcontractor | $ 1,557.67 |
| 5/31/2013 | 1103 | *** VOID CHECK *** | | $ - |
| 5/31/2013 | 1104 | A1 General Services, Inc. | Subcontractor | $ 1,384.61 |
| 5/31/2013 | 1105 | All Stone Services, Inc. | Subcontractor | $ 1,260.00 |
| 5/31/2013 | 1106 | FIT Stone LLC | Subcontractor | $ 2,029.24 |
| 5/31/2013 | 1107 | Mircea D Tagui Inc. | Subcontractor | $ 1,200.00 |
| 5/31/2013 | 1108 | Norma Marble & Tile, Inc. | Manufacturing Supplies | $ 4,519.00 |
| 5/31/2013 | 1109 | PC1 General Services Inc | Subcontractor | $ 1,701.00 |
| 5/31/2013 | 1110 | Americas Tile & Marble | Manufacturing Supplies | $ 1,073.39 |
| 5/31/2013 | 1111 | Boca Color Graphics | Office Supplies | $ 150.52 |
| 5/31/2013 | 1112 | Buffer Marble, Inc. | Manufacturing Supplies | $ 12,918.00 |
| 5/31/2013 | 1113 | ROBERT CASE | Rent | $ 2,628.03 |
| 5/31/2013 | 1114 | CISCO | Manufacturing Supplies | $ 75.54 |
| 5/31/2013 | 1115 | D & B TILE DISTRIBUTORS | Manufacturing Supplies | $ 83.19 |
| 5/31/2013 | 1116 | OFFICE DEPOT | Office Supplies | $ 170.35 |
| 5/31/2013 | 1117 | FASB Services Corp. | Subcontractor | $ 8,450.00 |
| 5/31/2013 | 1118 | Dany Flooring | Manufacturing Supplies | $ 3,083.00 |
| 5/31/2013 | 1119 | E.I. Du Pont de Nemours & Co. | Manufacturing Supplies | $ 1,537.08 |
| 5/31/2013 | 1120 | Triton Stone | Manufacturing Supplies | $ 2,773.65 |
| 5/31/2013 | 1121 | Bever Construction Inc. | Subcontractor | $ 7,978.00 |
| 5/31/2013 | 1122 | ARG Marble Inc. | Manufacturing Supplies | $ 950.00 |
| 5/31/2013 | 1123 | Tracy G Minton | Subcontractor | $ 250.00 |
| 5/31/2013 | 1124 | PETTY CASH | R/M, Vehicle, Meals & Entertainment | $ 1,159.86 |
| **TOTAL** | | | | **$ 61,659.06** |

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending **May 31, 2013**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: **TD Bank, N.A.** BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **CASALE MARBLE IMPORTS, INC**

ACCOUNT NUMBER: **4 2 8 0 9 0 5 7 1 7**

PURPOSE OF ACCOUNT: **PAYROLL**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 49,672.65 | |
| Plus Total Amount of Outstanding Deposits | $ - | |
| Minus Total Amount of Outstanding Checks & other debits | $ (49,296.68) | * |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ 375.97 | * * (a) |

*** Debit cards are used by** N/A

*** * If Closing Balance is negative, provide explanation:** ______

**The following disbursements were paid by Cash:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose / Reason for Cash Disbursement |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose/Reason for Cash disbursement |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(a) The total of this line on Attachment 4A, 4B, 4C, 4D, 4E plus the total of 4F must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5B

MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: CASALE MARBLE IMPORTS, INC. Case Number: 13-21220-BKC-PGH

Reporting Period beginning May 14, 2013 Period ending: May 31, 2013

NAME OF BANK: TD Bank, N.A. BRANCH: DELRAY BEACH, FLORIDA

ACCOUNT NAME: CASALE MARBLE IMPORTS, INC

ACCOUNT NUMBER: 4 2 8 0 9 0 5 7 1 7

PURPOSE OF ACCOUNT: PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5/17/2013 | 1001 | Rosas, Luis Alberto | Pay for Week Ending 5/12/13 | $ 540.68 |
| 5/17/2013 | 1002 | Rosas, Luis Alberto | Pay for Week Ending 5/12/13 | $ 1,071.61 |
| 5/17/2013 | 1003 | Tzitzios, Leonardo M. | Pay for Week Ending 5/12/13 | $ 505.10 |
| 5/17/2013 | 1004 | Tzitzios, Leonardo M. | Pay for Week Ending 5/12/13 | $ 437.85 |
| 5/17/2013 | 1005 | Gonzalez, Hector | Pay for Week Ending 5/12/13 | $ 668.39 |
| 5/17/2013 | 1006 | Pantaleon, Harold | Pay for Week Ending 5/12/13 | $ 866.00 |
| 5/17/2013 | 1007 | Franco, Washington | Pay for Week Ending 5/12/13 | $ 481.83 |
| 5/17/2013 | 1008 | Franco, Washington | Pay for Week Ending 5/12/13 | $ 117.89 |
| 5/17/2013 | 1009 | Badovick, Mark | Pay for Week Ending 5/12/13 | $ 527.67 |
| 5/17/2013 | 1010 | Lizarralde, Juan Carlos | Pay for Week Ending 5/12/13 | $ 866.00 |
| 5/17/2013 | 1011 | Badovick, Jeremy | Pay for Week Ending 5/12/13 | $ 411.65 |
| 5/17/2013 | 1012 | Carrion, Leonardo | Pay for Week Ending 5/12/13 | $ 1,094.64 |
| 5/17/2013 | 1013 | Hernandez, Francisco | Pay for Week Ending 5/12/13 | $ 964.24 |
| 5/17/2013 | 1014 | Uraga, Usiel | Pay for Week Ending 5/12/13 | $ 964.24 |
| 5/17/2013 | 1015 | Millsaps, Joseph | Pay for Week Ending 5/12/13 | $ 650.51 |
| 5/17/2013 | 1016 | Giron, Hermes | Pay for Week Ending 5/12/13 | $ 1,158.42 |
| 5/17/2013 | 1017 | Becerra Arceo, Luis M | Pay for Week Ending 5/12/13 | $ 1,150.31 |
| 5/17/2013 | 1018 | Palmi, Terry | Pay for Week Ending 5/12/13 | $ 867.92 |
| 5/17/2013 | 1019 | Clemente, Lorenzo | Pay for Week Ending 5/12/13 | $ 969.01 |
| 5/17/2013 | 1020 | King, Thomas | Pay for Week Ending 5/12/13 | $ 432.24 |
| 5/17/2013 | 1021 | Velasquez, Hector | Pay for Week Ending 5/12/13 | $ 804.12 |
| 5/17/2013 | 1022 | Montoya, Victor | Pay for Week Ending 5/12/13 | $ 1,041.81 |
| 5/17/2013 | 1023 | Nava, Jose | Pay for Week Ending 5/12/13 | $ 812.16 |
| 5/17/2013 | 1024 | Ferreira, Luiz | Pay for Week Ending 5/12/13 | $ 932.22 |
| 5/17/2013 | 1025 | Cureno, Daniel | Pay for Week Ending 5/12/13 | $ 985.98 |
| 5/17/2013 | 1026 | Cuerno, Uziel | Pay for Week Ending 5/12/13 | $ 984.40 |
| 5/17/2013 | 1027 | Corpus, Octavio | Pay for Week Ending 5/12/13 | $ 516.75 |
| 5/17/2013 | 1028 | VOID | Pay for Week Ending 5/12/13 | $ - |
| 5/17/2013 | 1029 | VOID | Pay for Week Ending 5/12/13 | $ - |
| 5/17/2013 | 1030 | Gervacio, Manuel | Pay for Week Ending 5/12/13 | $ 951.23 |
| 5/17/2013 | 1031 | Cureno, Jose A. | Pay for Week Ending 5/12/13 | $ 739.30 |
| 5/17/2013 | 1032 | Suchite, Facundo | Pay for Week Ending 5/12/13 | $ 882.77 |
| 5/17/2013 | 1033 | Morales, Jorge | Pay for Week Ending 5/12/13 | $ 657.93 |
| 5/17/2013 | 1034 | Borja, Edgar | Pay for Week Ending 5/12/13 | $ 433.16 |
| 5/17/2013 | 1035 | Berlusconi, Diego | Pay for Week Ending 5/12/13 | $ 667.20 |
| 5/17/2013 | 1036 | Sardella, Washington | Pay for Week Ending 5/12/13 | $ 1,063.09 |
| 5/17/2013 | 1037 | Nunez, Daniel | Pay for Week Ending 5/12/13 | $ 688.98 |
| 5/17/2013 | 1038 | Garcia, Ubaldo | Pay for Week Ending 5/12/13 | $ 451.55 |
| 5/17/2013 | 1039 | Samayoa, Victor | Pay for Week Ending 5/12/13 | $ 504.37 |

| | | | | | |
|---|---|---|---|---|---|
| 5/17/2013 | 1040 | Di Fiore, Jo Ann | Pay for Week Ending 5/12/13 | $ | 867.92 |
| 5/17/2013 | 1041 | Rivero, Aida Luz | Pay for Week Ending 5/12/13 | $ | 156.92 |
| 5/17/2013 | 1042 | Becerra Arceo, Luis M | Pay for Week Ending 3/31/13 - Replacement Ck | $ | 1,144.34 |
| 5/17/2013 | 1043 | Becerra Arceo, Luis M | Pay for Week Ending 4/14/13 - Replacement Ck | $ | 1,142.58 |
| 5/17/2013 | 1044 | Becerra Arceo, Luis M | Pay for Week Ending 4/21/13 - Replacement Ck | $ | 1,191.97 |
| 5/17/2013 | 1045 | Becerra Arceo, Luis M | Pay for Week Ending 4/28/13 - Replacement Ck | $ | 1,145.89 |
| 5/17/2013 | 1046 | King, Thomas | Pay for Week Ending 4/28/13 - Replacement Ck | $ | 526.23 |
| 5/31/2013 | 1047 | Rosas, Luis Alberto | Pay for Week Ending 5/19/13 | $ | 540.68 |
| 5/31/2013 | 1048 | Tzitzios, Leonardo M. | Pay for Week Ending 5/19/13 | $ | 505.11 |
| 5/31/2013 | 1049 | Gonzalez, Hector | Pay for Week Ending 5/19/13 | $ | 668.39 |
| 5/31/2013 | 1050 | Badovick, Mark | Pay for Week Ending 5/19/13 | $ | 527.67 |
| 5/31/2013 | 1051 | Badovick, Jeremy | Pay for Week Ending 5/19/13 | $ | 411.65 |
| 5/31/2013 | 1052 | Carrion, Leonardo | Pay for Week Ending 5/19/13 | $ | 996.08 |
| 5/31/2013 | 1053 | Hernandez, Francisco | Pay for Week Ending 5/19/13 | $ | 874.89 |
| 5/31/2013 | 1054 | Uraga, Usiel | Pay for Week Ending 5/19/13 | $ | 874.89 |
| 5/31/2013 | 1055 | Millsaps, Joseph | Pay for Week Ending 5/19/13 | $ | 727.86 |
| 5/31/2013 | 1056 | Manco, Jorge | Pay for Week Ending 5/19/13 | $ | 478.33 |
| 5/31/2013 | 1057 | Giron, Hermes | Pay for Week Ending 5/19/13 | $ | 989.19 |
| 5/31/2013 | 1058 | Becerra Arceo, Luis M | Pay for Week Ending 5/19/13 | $ | 1,102.25 |
| 5/31/2013 | 1059 | Palmi, Terry | Pay for Week Ending 5/19/13 | $ | 1,132.71 |
| 5/31/2013 | 1060 | Clemente, Lorenzo | Pay for Week Ending 5/19/13 | $ | 885.68 |
| 5/31/2013 | 1061 | King, Thomas | Pay for Week Ending 5/19/13 | $ | 646.93 |
| 5/31/2013 | 1062 | Velasquez, Hector | Pay for Week Ending 5/19/13 | $ | 727.55 |
| 5/31/2013 | 1063 | Montoya, Victor | Pay for Week Ending 5/19/13 | $ | 1,014.61 |
| 5/31/2013 | 1064 | Nava, Jose | Pay for Week Ending 5/19/13 | $ | 819.23 |
| 5/31/2013 | 1065 | Ferreira, Luiz | Pay for Week Ending 5/19/13 | $ | 842.88 |
| 5/31/2013 | 1066 | Cureno, Daniel | Pay for Week Ending 5/19/13 | $ | 794.66 |
| 5/31/2013 | 1067 | Cuerno, Uziel | Pay for Week Ending 5/19/13 | $ | 585.08 |
| 5/31/2013 | 1068 | Corpus, Octavio | Pay for Week Ending 5/19/13 | $ | 612.33 |
| 5/31/2013 | 1069 | Gervacio, Manuel | Pay for Week Ending 5/19/13 | $ | 867.89 |
| 5/31/2013 | 1070 | Cureno, Jose A. | Pay for Week Ending 5/19/13 | $ | 732.30 |
| 5/31/2013 | 1071 | Suchite, Facundo | Pay for Week Ending 5/19/13 | $ | 891.47 |
| 5/31/2013 | 1072 | Morales, Jorge | Pay for Week Ending 5/19/13 | $ | 657.93 |
| 5/31/2013 | 1073 | Borja, Edgar | Pay for Week Ending 5/19/13 | $ | 434.89 |
| 5/31/2013 | 1074 | Berlusconi, Diego | Pay for Week Ending 5/19/13 | $ | 689.95 |
| 5/31/2013 | 1075 | Sardella, Washington | Pay for Week Ending 5/19/13 | $ | 1,063.09 |
| 5/31/2013 | 1076 | Nunez, Daniel | Pay for Week Ending 5/19/13 | $ | 645.33 |
| 5/31/2013 | 1077 | Garcia, Ubaldo | Pay for Week Ending 5/19/13 | $ | 520.13 |
| 5/31/2013 | 1078 | Samayoa, Victor | Pay for Week Ending 5/19/13 | $ | 490.45 |
| 5/31/2013 | 1079 | Rivero, Aida Luz | Pay for Week Ending 5/19/13 | $ | 221.43 |
| 5/31/2013 | 1080 | Rosas, Luis Alberto | Pay for Week Ending 5/26/13 | $ | 540.68 |
| 5/31/2013 | 1081 | Tzitzios, Leonardo M. | Pay for Week Ending 5/26/13 | $ | 505.11 |
| 5/31/2013 | 1082 | Gonzalez, Hector | Pay for Week Ending 5/26/13 | $ | 668.39 |
| 5/31/2013 | 1083 | Badovick, Jeremy | Pay for Week Ending 5/26/13 | $ | 411.65 |
| 5/31/2013 | 1084 | Ryan, Paul | Pay for Week Ending 5/26/13 | $ | 411.65 |
| 5/31/2013 | 1085 | Carrion, Leonardo | Pay for Week Ending 5/26/13 | $ | 891.51 |
| 5/31/2013 | 1086 | Hernandez, Francisco | Pay for Week Ending 5/26/13 | $ | 778.73 |
| 5/31/2013 | 1087 | Uraga, Usiel | Pay for Week Ending 5/26/13 | $ | 782.80 |
| 5/31/2013 | 1088 | Millsaps, Joseph | Pay for Week Ending 5/26/13 | $ | 727.86 |
| 5/31/2013 | 1089 | Manco, Jorge | Pay for Week Ending 5/26/13 | $ | 724.83 |
| 5/31/2013 | 1090 | Giron, Hermes | Pay for Week Ending 5/26/13 | $ | 936.53 |
| 5/31/2013 | 1091 | Becerra Arceo, Luis M | Pay for Week Ending 5/26/13 | $ | 993.57 |
| 5/31/2013 | 1092 | Palmi, Terry | Pay for Week Ending 5/26/13 | $ | 1,132.71 |
| 5/31/2013 | 1093 | Clemente, Lorenzo | Pay for Week Ending 5/26/13 | $ | 790.78 |
| 5/31/2013 | 1094 | King, Thomas | Pay for Week Ending 5/26/13 | $ | 572.58 |
| 5/31/2013 | 1095 | Velasquez, Hector | Pay for Week Ending 5/26/13 | $ | 644.00 |
| 5/31/2013 | 1096 | Montoya, Victor | Pay for Week Ending 5/26/13 | $ | 904.56 |
| 5/31/2013 | 1097 | Nava, Jose | Pay for Week Ending 5/26/13 | $ | 736.55 |
| 5/31/2013 | 1098 | Ferreira, Luiz | Pay for Week Ending 5/26/13 | $ | 745.42 |
| 5/31/2013 | 1099 | Cureno, Daniel | Pay for Week Ending 5/26/13 | $ | 611.98 |

| | | | | |
|---|---|---|---|---|
| 5/31/2013 | 1100 | Cuerno, Uziel | Pay for Week Ending 5/26/13 | $ 827.77 |
| 5/31/2013 | 1101 | Corpus, Octavio | Pay for Week Ending 5/26/13 | $ 506.04 |
| 5/31/2013 | 1102 | Gervacio, Manuel | Pay for Week Ending 5/26/13 | $ 779.55 |
| 5/31/2013 | 1103 | Cureno, Jose A. | Pay for Week Ending 5/26/13 | $ 732.30 |
| 5/31/2013 | 1104 | Suchite, Facundo | Pay for Week Ending 5/26/13 | $ 794.36 |
| 5/31/2013 | 1105 | Morales, Jorge | Pay for Week Ending 5/26/13 | $ 657.93 |
| 5/31/2013 | 1106 | Alvarez Diaz, Javier W. | Pay for Week Ending 5/26/13 | $ 577.70 |
| 5/31/2013 | 1107 | Borja, Edgar | Pay for Week Ending 5/26/13 | $ 301.25 |
| 5/31/2013 | 1108 | Berlusconi, Diego | Pay for Week Ending 5/26/13 | $ 689.95 |
| 5/31/2013 | 1109 | Sardella, Washington | Pay for Week Ending 5/26/13 | $ 1,063.09 |
| 5/31/2013 | 1110 | Nunez, Daniel | Pay for Week Ending 5/26/13 | $ 589.04 |
| 5/31/2013 | 1111 | Nunez, Daniel | Pay for Week Ending 5/26/13 | $ 179.89 |
| 5/31/2013 | 1112 | Garcia, Ubaldo | Pay for Week Ending 5/26/13 | $ 476.55 |
| 5/31/2013 | 1113 | Samayoa, Victor | Pay for Week Ending 5/26/13 | $ 402.28 |
| 5/31/2013 | 1114 | Di Fiore, Jo Ann | Pay for Week Ending 5/26/13 | $ 867.92 |
| 5/31/2013 | 1115 | Rivero, Aida Luz | Pay for Week Ending 5/26/13 | $ 186.51 |
| | | | **TOTAL:** | **$ 77,005.59** |

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL TAX ACCOUNT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending: **May 31, 2013**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: **TD Bank, N.A.** BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **CASALE MARBLE IMPORTS, INC**

ACCOUNT NUMBER: **4 2 8 0 9 0 5 7 0 9**

PURPOSE OF ACCOUNT: **PAYROLL TAXES**

| | | | |
|---|---|---|---|
| Ending Balance per Bank Statement | $ | 1.00 | |
| Plus Total Amount of Outstanding Deposits | $ | - | |
| Minus Total Amount of Outstanding Checks & other debits | $ | - | * |
| Minus Service Charges | $ | - | |
| Ending Balance per Check Register | $ | 1.00 | * * (a) |

*** Debit cards must not be issued on this account.**

*** * If Closing Balance is negative, provide explanation:** ______________________

**The following disbursements were paid by Cash:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose / Reason for Cash Disbursement |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose/Reason for Cash disbursement from this account |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

(a) The total of this line on Attachment 4A, 4B, 4C, 4D, 4E plus the total of 4F must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - PAYROLL TAX ACCOUNT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending **May 31, 2013**

NAME OF BANK: **TD Bank, N.A.** BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **CASALE MARBLE IMPORTS, INC**

ACCOUNT NUMBER: **4280905709**

PURPOSE OF ACCOUNT: **PAYROLL TAXES**

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | | $ - ( d ) |

**SUMMARY OF TAXES PAID**

| | | |
|---|---|---|
| **Payroll Taxes Paid** | $ - | **( a )** |
| **Sales & Use Taxes Paid** | $ - | **( b )** |
| **Other Taxes Paid** | $ - | **( c )** |
| **TOTAL** | $ - | **( d )** |

**( a ) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).**

**( b ) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P).**

**( c ) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).**

**( d ) These lines must be equal.**

## ATTACHMENT 4D

## MONTHLY SUMMARY OF BANK ACTIVITY - SALES TAX ACCOUNT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending: **May 31, 2013**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: **TD Bank, N.A.** BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **CASALE MARBLE IMPORTS, INC**

ACCOUNT NUMBER: **4 2 8 0 9 0 5 6 9 2**

PURPOSE OF ACCOUNT: **SALES TAX**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 1.00 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks & other debits | | * |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ 1.00 | * * (a) |

*** Debit cards must not be issued on this account.**

*** * If Closing Balance is negative, provide explanation:** ____________

**The following disbursements were paid by Cash:** (☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose / Reason for Cash Disbursement |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose/Reason for Cash disbursement from this account |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

(a) The total of this line on Attachment 4A, 4B, 4C, 4D, 4E plus the total of 4F must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5D

## CHECK REGISTER - SALES TAX ACCOUNT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending **May 31, 2013**

NAME OF BANK: **TD Bank, N.A.** BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **CASALE MARBLE IMPORTS, INC**

ACCOUNT NUMBER: **4 2 8 0 9 0 5 6 9 2**

PURPOSE OF ACCOUNT: **SALES TAX**

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | | ( d ) |

**SUMMARY OF TAXES PAID**

| | | |
|---|---|---|
| **Payroll Taxes Paid** | $ - | ( a ) |
| **Sales & Use Taxes Paid** | $ - | ( b ) |
| **Other Taxes Paid** | $ - | ( c ) |
| **TOTAL** | $ - | ( d ) |

**( a ) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).**

**( b ) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P).**

**( c ) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).**

**( d ) These two lines must be equal.**

## ATTACHMENT 4E

## MONTHLY SUMMARY OF BANK ACTIVITY - CASH COLLATERAL ACCOUNT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending: **May 31, 2013**

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK: **TD Bank, N.A.** BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **CASALE MARBLE IMPORTS, INC**

ACCOUNT NUMBER: **4 2 8 0 9 0 5 6 7 6**

PURPOSE OF ACCOUNT: **CASH COLLATERAL**

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 1.00 | |
| Plus Total Amount of Outstanding Deposits | | |
| Minus Total Amount of Outstanding Checks & other debits | | * |
| Minus Service Charges | | |
| Ending Balance per Check Register | $ 1.00 | * * (a) |

*** Debit cards must not be issued on this account.**

*** * If Closing Balance is negative, provide explanation:** ______________________

**The following disbursements were paid by Cash:**

( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose / Reason for Cash Disbursement |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(a) The total of this line on Attachment 4A, 4B, 4C, 4D, 4E plus the total of 4F must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5E

## CHECK REGISTER - CASH COLLATERAL ACCOUNT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending **May 31, 2013**

NAME OF BANK: **TD Bank, N.A.** BRANCH: **DELRAY BEACH, FLORIDA**

ACCOUNT NAME: **CASALE MARBLE IMPORTS, INC**

ACCOUNT NUMBER: **4 2 8 0 9 0 5 6 7 6**

PURPOSE OF ACCOUNT: **CASH COLLATERAL**

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 5/14/2013 | withdrawn | PNC Bank, N.A. | PNC froze account and withdrew | $ 90,331.21 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | | | $ 90,331.21 **( a )** |

# ATTACHMENT 4F

## INVESTMENT ACCOUNTS AND PETTY CASH REPORTS

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attch copies of account statements.

Type of Negtiable
N/A

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ - (a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box / Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| Delray Beach - Accounting | $ 1,500.00 | $ 1,500.00 | |
| TOTAL | | $ 1,500.00 (b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**

See attached receipt for mileage reimbursement for inventory managers trip to Ft. Myers location taken in his personal vehicle for $163.85.

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)** **$1,500.00** ( c )

( c ) The total of this on Attachment 4A, 4B, 4C, 4D, 4E plus the total of 4F must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period endin **May 31, 2013**

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Department of Revenue | 5/20/2013 | Monthly Sales Tax | $ 1,744.29 | 6/17/2013 | Apr-13 |
| Department of Revenue | 6/20/2013 | Monthly Sales Tax | $ 1,506.62 | 6/19/2013 | May-13 |
| Internal Revenue Service | 5/8/2013 | Weekly Federal Payroll Tx | $ 7,687.97 | 4/20/2013 | Jun-13 |
| Internal Revenue Service | 5/15/2013 | Weekly Federal Payroll Tx | $ 7,343.94 | 4/20/2013 | Jun-13 |
| Internal Revenue Service | 5/22/2013 | Weekly Federal Payroll Tx | $ 8,852.79 | 4/20/2013 | Jun-13 |
| Internal Revenue Service | 5/29/2013 | Weekly Federal Payroll Tx | $ 7,133.93 | 4/20/2013 | Jun-13 |
| | | | | | |
| TOTAL | | | **$34,269.54** | | |

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: **CASALE MARBLE IMPORTS, INC.** Case Number: **13-21220-BKC-PGH**

Reporting Period beginning **May 14, 2013** Period ending **May 31, 2013**

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | $ - |
| | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 35 Employees | 1 Employees |
| Number hired during the period | 2 Employees | 0 Employee |
| Number terminated or resigned during period | (3 Employee) | (0 Employee) |
| Number of employees on payroll at end of period | 34 Employees | 1 Employees |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Bouchard | (407) 847-2841 | WC1000015503 | Workers Compensation | 3/15/2014 | Monthly |
| Bouchard | (407) 847-2841 | CPO278065258 | Package - Zurich American Ins. | 6/30/2013 | Installments |
| Bouchard | (407) 847-2841 | 4921367200 | Umbrella - Southern Owners Ins. | 6/30/2013 | Installments |
| Bouchard | (407) 847-2841 | 72741897 | General - Southern Owners Ins. | 6/30/2013 | Installments |
| Bouchard | (407) 847-2841 | 01707114-0 | Automobile - Progressive Express | 6/30/2013 | Installments |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☒ **Check here if U. S.Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (attach closing statement); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior mangement, etc. Attach any relevant.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before ______________________.

# Casale Marble Imports - Chapter 11

## Case # 13-21220
## Balance Sheet
## May 31, 2013

| | |
|---|---|
| **Assets** | |
| *Current Assets* | |
| Cash | |
| Cash-Operating | 240.90 |
| Cash-Payroll | 375.97 |
| Cash-Payroll Tax | 1.00 |
| Cash-Sales Tax | 1.00 |
| Cash-Cash Collateral | 1.00 |
| Petty Cash | 1,500.00 |
| Total Cash | 2,119.87 |
| Accounts Receivable | |
| Accounts Receivable-Trade | 519,472.95 |
| Total Accounts Receivable | 519,472.95 |
| Inventory | |
| Inventory - Slabs | 1,729,674.88 |
| Inventory - Flooring | 1,272,349.41 |
| Inventory - Supplies | 202,039.92 |
| Inventory - Other | 5,495.90 |
| Inventory - Specialty Items | 45,762.43 |
| Total Inventory | 3,255,322.54 |
| *Other Current Assets* | |
| Prepaid Expenses | 6,183.89 |
| Total Other Current Assets | 6,183.89 |
| *Total Current Assets* | 3,783,099.25 |
| *Fixed Assets* | |
| Vehicles | 180,478.16 |
| Equipment | 2,059,702.53 |
| Computers | 285,126.45 |
| Furniture and Fixtures | 152,739.15 |
| Leasehold Improvements | 1,193,019.62 |
| Accum Dep - Vehicles | (180,478.16) |
| Accum Dep - Equipment | (2,057,364.56) |
| Accum Dep - Computers | (280,890.78) |
| Accum Dep - Furn.&Fixtures | (139,042.75) |
| Accum Dep - Leasehold Improv | (787,657.35) |
| *Total Fixed Assets* | 425,632.31 |
| *Other Assets* | |
| Security Deposits | 16,090.00 |
| Estimated Sales Tax Payment | 5,000.00 |
| *Total Other Assets* | 21,090.00 |
| **Total Assets** | **4,229,821.56** |

6/19/2013

# Casale Marble Imports - Chapter 11

## Case # 13-21220

## Balance Sheet

## May 31, 2013

| | |
|---|---|
| **Liabilities & Equity** | |
| Liabilities | |
| *Current Liabilites* | |
| Accounts Payable | 22,306.91 |
| Accrued Expenses | 157,003.52 |
| Customer Deposits | 95,509.41 |
| Worker's Compensation Payable | 2,949.24 |
| Sales Tax Payable | 3,250.91 |
| Federal Payroll Taxes Payable | 38,123.78 |
| FUTA Tax Payable | 257.84 |
| SUTA Tax Payable | 2,674.18 |
| *Total Current Liabilites* | 322,075.79 |
| *Long-Term Liabilities* | |
| Pre-Petition - PNC - Interest Accrual | 250,778.39 |
| Pre-Petition - PNC - Loan 101 - Note Payable | 2,543,511.71 |
| Pre-Petition - PNC - Interest on Loan 101 Payable | 141,721.80 |
| Pre-Petition - PNC - Loan 102 - Consolidated Notes | 1,030,631.18 |
| Pre-Petition - Unsecured Creditors Accounts Payable | 107,398.18 |
| Post Confirmation - Unsecured Creditors A/P 2008 Bakruptcy Case | 810,000.00 |
| *Total Long-Term Liabilities* | 4,884,041.26 |
| **Total Liabilities** | **5,206,117.05** |
| Equity | |
| Common Stock | 100.00 |
| Paid-in Capital | 6,273,784.32 |
| Retained Earnings-Prior Year | 120,047.33 |
| Retained Earnings-Current | (7,370,227.14) |
| **Total Equity** | (976,295.49) |
| **Total Liabilities & Equity** | **4,229,821.56** |

# Casale Marble Imports - Chapter 11

## Case # 13-21220

## Profit & Loss Statement

## May 31, 2013

| | |
|---|---|
| REVENUE | |
| Sales | 249,633.73 |
| Returns & Allowances | 0.00 |
| Delivery | 0.00 |
| TOTAL REVENUE | 249,633.73 |
| COST of SALES | |
| SALES | |
| Commissions | 2,284.60 |
| Wages - Wage Related | 6,768.63 |
| Vehicle expense | 0.00 |
| Advertising & Marketing | 150.52 |
| Total Sales & Marketing | 9,203.75 |
| MATERIAL & WAREHOUSING | |
| Material Cost | 18,665.40 |
| Material Damage & Adjustments | 110.08 |
| Wage & Wage Related | 2,297.15 |
| Forklift, Crane & Equipment | 0.00 |
| Yard Supplies | 0.00 |
| Total Material & Warehouse Operations | 21,072.63 |
| FABRICATION | |
| Wage & Wage Related | 6,107.69 |
| Maintenance & Repair - Equipment | 0.00 |
| Electric, Water & Trash Removal | 0.00 |
| Shop Supplies & Tooling | 43.11 |
| Equipment Depreciation | 370.51 |
| Total Fabrication | 6,521.31 |
| INSTALLATION & DELIVERY | |
| Wage & Wage Related | 66,662.12 |
| Maintenance & Repair - Equipment | 0.00 |
| Vehicle & Trailer expense | 836.79 |
| Supplies | 0.00 |
| Equipment Depreciation | 28.52 |
| Vehicle Depreciation | 0.00 |
| Other | 0.00 |
| Total Installation & Delivery | 67,527.43 |
| COST OF SALES | 104,325.12 |
| GROSS PROFIT | 145,308.61 |

# Casale Marble Imports - Chapter 11

## Case # 13-21220
## Profit & Loss Statement
## May 31, 2013

| | |
|---|---|
| ADMINISTRATION | |
| Wages - Wage Related | 1,203.25 |
| Other Employee Expenses | 0.00 |
| Insurance & Property Taxes | 14,813.88 |
| Professional Services | 0.00 |
| Communications | 0.00 |
| Computer & Office Equipment | 0.00 |
| Office Supplies & Software | 170.35 |
| Vehicle Expense | 0.00 |
| Travel, Meals & Entertainment | 203.22 |
| Facilities Expense | 2,628.03 |
| Utilities | 0.00 |
| Licenses, Dues & Subscriptions | 0.00 |
| Postage & Express Mail | 0.00 |
| Advertising & Contributions | 0.00 |
| Bank Fees & Late Charges | 31.00 |
| F F & E Depreciation | 1,194.77 |
| Leasehold Improvement Depreciation | 5,016.78 |
| Bad Debt Expense | 0.00 |
| Other Administrative Expense | 0.00 |
| | ------------------------------ |
| Total Administrative Expense | 25,261.28 |
| | ------------------------------ |
| INCOME (LOSS) FROM OPERATIONS | 120,047.33 |
| Other (Income) / Expense | |
| Interest Income | 0.00 |
| Interest Expense | 0.00 |
| Other | 0.00 |
| | ------------------------------ |
| Total Other (Income) / Expense | 0.00 |
| | ------------------------------ |
| **NET INCOME (LOSS)** | **120,047.33** |
| | ================ |

**Casale Marble Imports, Inc.**
**TD Bank - Operating Account**
**Account # 428-0905379**
**G/L Account # 1022-00-00**
**May 31, 2013**

| | | | |
|---|---|---|---|
| **Balance per Bank Statement** | | **$** | **59,660.53** |
| **Add:** | **Deposits in Transit** | | |
| | Deposit 5/31/13 | $ | 1,512.50 |
| | **Total Deposits in Transit** | *$* | *1,512.50* |
| **Less:** | **Outstanding Checks** (See Attached List) | *$* | *(60,932.13)* |
| | **Adjusted Bank Balance** | **$** | **240.90** |

| | | | |
|---|---|---|---|
| **General Ledger Balance for 1032-00-00** | | $ | (1,271.60) |
| **Add:** | | $ | 1,512.50 |
| **Less:** | | | |
| | **Adjusted Book Balance** | **$** | **240.90** |
| | *Difference* | *$* | *0.00* |

**Casale Marble Imports, Inc.**
**TD Bank - Operating Account**
**Account # 4280905379**
**G/L Account # 1022-00-00**
**May 31, 2013**

**Outstanding Checks**

| | | | |
|---|---|---|---|
| 5/31/2013 | 1100 Dany Flooring | $ | 4,000.00 |
| 5/31/2013 | 1102 Allstate Flooring Consultants | $ | 1,557.67 |
| 5/31/2013 | 1104 A1 General Services, Inc. | $ | 1,384.61 |
| 5/31/2013 | 1105 All Stone Services, Inc. | $ | 1,260.00 |
| 5/31/2013 | 1106 FIT Stone LLC | $ | 2,029.24 |
| 5/31/2013 | 1107 Mircea D Tagui Inc. | $ | 1,200.00 |
| 5/31/2013 | 1108 Norma Marble & Tile, Inc. | $ | 4,519.00 |
| 5/31/2013 | 1109 PC1 General Services Inc | $ | 1,701.00 |
| 5/31/2013 | 1110 Americas Tile & Marble | $ | 1,073.39 |
| 5/31/2013 | 1111 Boca Color Graphics | $ | 150.52 |
| 5/31/2013 | 1112 Buffer Marble, Inc. | $ | 12,918.00 |
| 5/31/2013 | 1113 ROBERT CASE | $ | 2,628.03 |
| 5/31/2013 | 1114 CISCO | $ | 75.54 |
| 5/31/2013 | 1115 D & B TILE DISTRIBUTORS | $ | 83.19 |
| 5/31/2013 | 1116 OFFICE DEPOT | $ | 170.35 |
| 5/31/2013 | 1117 FASB Services Corp. | $ | 8,450.00 |
| 5/31/2013 | 1118 Dany Flooring | $ | 3,083.00 |
| 5/31/2013 | 1119 E.I. Du Pont de Nemours & | $ | 1,537.08 |
| 5/31/2013 | 1120 Triton Stone | $ | 2,773.65 |
| 5/31/2013 | 1121 Bever Construction Inc. | $ | 7,978.00 |
| 5/31/2013 | 1122 ARG Marble Inc. | $ | 950.00 |
| 5/31/2013 | 1123 Tracy G Minton | $ | 250.00 |
| 5/31/2013 | 1124 PETTY CASH | $ | 1,159.86 |
| | | **$** | **60,932.13** |

TD Bank
America's Most Convenient Bank®

T STATEMENT OF ACCOUNT

249171 06DD1I12 1 001000
CASALE MARBLE IMPORTS INC
DEBTOR IN POSSESSION
750 SW 17TH AVE
DELRAY BEACH FL 33444

Page: 1 of 2
Statement Period: May 15 2013-May 31 2013
Cust Ref #: 4280905379-039-T-###
Primary Account #: 428-0905379

## Chapter 11 Checking

CASALE MARBLE IMPORTS INC
DEBTOR IN POSSESSION

Account # 428-0905379

**PAYING BILLS JUST GOT EASIER.**
OUR BILL PAY FOR SMALL BUSINESS IS NOW SMARTER AND MORE CONVENIENT FOR YOUR BUSINESS. AND, IT'S STILL FREE! HAVE MORE CONTROL OVER SELECTING PAYMENT DATES, MANAGING YOUR CASH FLOW, STOPPING PAYMENTS AND SETTING UP PAYEES. VISIT WWW.TDBANK.COM/BUSINESSBILLPAY TO SIGN UP OR LEARN MORE.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 51,375.54 |
| Deposits | 107,387.46 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 17 |
| Checks Paid | 726.93 | | |
| Other Withdrawals | 47,000.00 | | |
| Ending Balance | 59,660.53 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/15 | DEPOSIT | 6,969.00 |
| 5/16 | DEPOSIT | 6,872.50 |
| 5/20 | DEPOSIT | 43,032.72 |
| 5/21 | DEPOSIT | 6,857.73 |
| 5/21 | DEPOSIT | 4,588.00 |
| 5/28 | DEPOSIT | 39,067.51 |
| | Subtotal: | 107,387.46 |

**Checks Paid** No. Checks: 1 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 5/31 | 1101 | 726.93 |

Subtotal: 726.93

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 5/31 | DEBIT | 47,000.00 |
| | Subtotal: | 47,000.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 5/15 | 0.00 | 5/21 | 68,319.95 |
| 5/15 | 6,969.00 | 5/28 | 107,387.46 |
| 5/16 | 13,841.50 | 5/31 | 59,660.53 |
| 5/20 | 56,874.22 | | |

V1.8.4js-1:47436

249171 06DD1I12 026336

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 59,660.53 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

| 2 DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number..
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.