ORDERED in the Southern District of Florida on OCT - 1 2013

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**IN RE:**

**Case No.: 13-21220-BKC-PGH**
**Chapter 11 Proceeding**

**CASALE MARBLE IMPORTS, INC.**

**Debtor.**
_____________________________/

**ORDER GRANTING PNC BANK, N.A.'S**
**MOTION FOR CONVERSION OR DISMISSAL (DOC. NO. 31)**

THIS CASE came before the Court on September 24, 2013 in West Palm Beach, Florida, upon the Motion for Conversion or Dismissal filed by PNC Bank, N.A., as successor in interest to RBC Bank (USA) (the "Motion")(Doc. No. 31). For the reasons stated orally and recorded in open Court, it is hereby

ORDERED and ADJUDGED:

1. The Motion is GRANTED as described herein.

2. This instant case is dismissed, effective fourteen (14) days from the date of this Order.

3. The request for conversion in the Motion is hereby denied as moot.

4. As a condition to dismissal, the Debtor is required to pay all U.S. Trustee's fees due and owing up to and including the date of dismissal.

# # #

Order submitted by:
Michael A. Nardella, Esq.
*Counsel for PNC Bank, N.A.*
Burr & Forman LLP
200 S. Orange Avenue, #800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
E-mail: mnardella@burr.com
Florida Bar No.: 51265

Michael A. Nardella, Esq. is directed to immediately serve a conformed copy of this Order on the parties listed below, and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Copies provided to:

Brett A. Elam, Esq. (Counsel for Debtor)

Denise D. Dell-Powell, Esq. and Michael A. Nardella, Esq. (Counsel for PNC Bank, National Association)

All creditors and parties in interest